United States Bankruptcy Court
District of Maryland

In re:                                                          Case No. 16-10257-TJC
Ricky Joe Dockery                                               Chapter 13
Rose Lea Dockery
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0416-0          User: mrybczyns         Page 1 of 1          Date Rcvd: Mar 29, 2019
                             Form ID: odsctr          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2019.
db/db          +Ricky Joe Dockery,   Rose Lea Dockery,   14900 Frog Hollow Road,   Oldtown, MD 21555-1600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2019 at the address(es) listed below:
          Paul J Moran    pmoran@sterneisenberg.com,   BKECF@sterneisenberg.com
          Terri Ann Lowery    terri@trozzo.com,  lisa@trozzo.com,terriann@trozzo.com
          Timothy P. Branigan    cmecf@chapter13maryland.com
                                                                              TOTAL: 3

Entered: March 29, 2019
Signed: March 29, 2019

**SO ORDERED**



THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:    Case No.: **16–10257 – TJC**    Chapter: **13**

**Ricky Joe Dockery and**
**Rose Lea Dockery**
Debtors

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

It appearing to the Court that the Trustee in the above–entitled case has performed all duties required of him/her in the administration of said estate;

ORDERED, that the said estate be and it hereby is closed; that the Trustee be and he/she hereby is discharged from and relieved of his/her trust.

cc:    Case Trustee – Timothy P. Branigan

### End of Order

odsctr – mrybczynski